IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Gregg Township                          :
                                        :
              v.                        :      No. 1186 C.D. 2017
                                        :
Michelle Grove,                         :
              Appellant                 :

# **O R D E R**

NOW, August 21, 2018, having considered appellee's application for reargument, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge